GEORGE W. FLANAGAN, Respondent, v. AUGUST E. GRIP, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

FLORENCE JOSEPHINE GERKIN, an Infant, by VALENTINE GERKIN, Her Guardian ad Litem, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the ground that defendant's moving affidavits show that at the time of the accident the automobile driver was acting for the defendant. (*Jones* v. *Weigand*, 134 App. Div. 644.) Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

STEPHEN M. HOYE, Respondent, v. JOHN C. HIPKINS and EFFIE E. HIPKINS, Appellants.— Order appointing receiver reversed, without costs, and motion denied, on the ground that a receiver is not entitled to the income from the spendthrift trusts created for the benefit of the judgment debtor, which can only be reached through suit in equity under the Real Property Law,* or by execution under section 1391 of the Code of Civil Procedure. (See *Matter of Ungrich*, 201 N. Y. 415; *Brearley School* v. *Ward*, Id. 358.) Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of PAULINE GROULT, Late of the County of Queens, Deceased. ROSINA WALKER, Appellant; ERNEST GROULT, Respondent.— Decree of the Surrogate's Court of Queens county affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc., for the Opening of Schenectady Avenue, etc., Borough of Brooklyn, City of New York (Damage Parcel 35). JENNIE L. DERBY, Respondent; COLUMBIA WIRE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

DORA LOTTIG, Respondent, v. FREDERICK A. HELFST, Appellant.— Order denying defendant's motion for a new trial unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

GAETANO MANGIALETTI and Another, Respondents, v. LAZARUS HARRIS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

HANNAH MERZ, Appellant, v. ASTORIA TAXICAB CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.